App. Div.]        Fourth Department, November, 1912.

National League of Commission Merchants of the United States, Respondent, v. George Hornung, Appellant.— Judgment affirmed, with costs, upon the opinion of Spring, J., upon former appeal in same case, reported at 148 Appellate Division, 355. All concurred.

John W. Stokoe, Respondent, v. Charles S. Stokoe and Others, Defendants, Impleaded with Edward J. Pulver, Appellant.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Frank Burgess, as Administrator, etc., Respondent, v. Avery N. Newman, Appellant.— Appeal dismissed, without costs, upon stipulation filed. ·

Maude Le Croix, Appellant, v. City of Syracuse, Respondent.— Judgment affirmed, with costs. All concurred.

Albert H. Francis, Respondent, v. Albert Gaffey, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Kathryn Keitz, Respondent, v. International Railway Company, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

Giovanni Banchetti, as Administrator, etc., Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Upon reargument, plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred. (See 152 App. Div. 952.)

Ida Pfeiffer, as Administratrix, etc., of Gustave Pfeiffer, Deceased, Respondent, v. The Iron Elevator and Transfer Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is contrary to and against the weight of the evidence both as to defendant's negligence and freedom from contributory negligence on the part of plaintiff's intestate, and upon the further ground that the statements of Blanchfield to Godbold were improperly received. They were not competent to impeach Blanchfield, the plaintiff's own witness, and were hearsay. All concurred, except McLennan, P. J., who dissented, upon the ground that the verdict of the jury is amply sustained by the evidence, both as to defendant's negligence and freedom from contributory negligence on the part of plaintiff's intestate.

The City of Buffalo, Respondent, v. David Goodman, Appellant.— Motion for leave to appeal to Court of Appeals granted.

Catherine A. Pendergast, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

William G. Ring, Appellant, v. Cornelia F. Woolley, as Sole Surviving Executrix, etc., of Hannah D. Farwell Ring, Deceased, Respondent. – It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure.